[No. 36646-7-I.    Division One.    March 31, 1997.]

*In the Matter of Marriage of* ANNE ANDERSON, *Respondent, and* PHILIP ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-3-00718-2, Dale B. Ramerman, J., entered April 20, 1995. *Reversed* by unpublished opinion per Grosse, J., concurred in by Coleman and Agid, JJ.

[No. 37252-1-I.    Division One.    March 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. N.P., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-8-00357-5, Frank Morrow, J. Pro Tem., entered August 31, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37465-6-I.    Division One.    March 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. S.H., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-8-01992-9, Thomas J. Wynne, J., entered September 5, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37533-4-I.    Division One.    March 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH RODNEY ERDMANN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-1-03354-3, Patricia H. Aitken, J., entered September 27, 1995. *Affirmed* by unpublished per curiam opinion.